AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Middle District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Juan Carlos Cervantes | ) | Case No. 8:17MJ1116 T-JSS |
| | ) | |
| | ) | |
| | ) | |
| _Defendant(s)_ | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____February 6, 2017_____ in the county of _____Sarasota_____ in the
_____Middle_____ District of _____Florida_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) and (b)(1) | Being an alien found in the United States without permission after deportation. |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
_Complainant's signature_

William Hemberger, ICE-ERO
_Printed name and title_

Sworn to before me and signed in my presence.

Date: 2/9/17

_____
_Judge's signature_

City and state: _____Tampa, Florida_____

Julie S. Sneed, United States Magistrate Judge
_Printed name and title_

## AFFIDAVIT

I, William Hemberger, being duly sworn, hereby depose and state as follows:

1.    I am employed as a Deportation Officer with the Department of Homeland Security, United States Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO), currently assigned to Tampa, Florida. I have been employed as a federal law-enforcement officer since March 14, 2010.

2.    As a Deportation Officer, I am charged with enforcing United States immigration laws, both administrative and criminal, including investigating violations of such laws and making arrests of deportable aliens in accordance with these laws. I am a federal law-enforcement officer with the authority to execute arrest and search warrants under the authority of the United States.

3.    This affidavit is made in support of a criminal complaint. The statements contained in this affidavit are based on my personal knowledge and that of other law-enforcement officers and on information gathered from computer databases. This affidavit does not contain every fact regarding the investigation but does document the probable cause to charge Juan Carlos Cervantes, a native and citizen of Mexico, with being an alien found in the United States without permission after deportation, in violation of 8, U.S.C. §§ 1326(a) and (b)(1).

### FACTS AND CIRCUMSTANCES

4.    On or about February 6, 2017, Juan Carlos Cervantes was arrested by the Sarasota County Sheriff's Office in Sarasota County, Florida for Violation of Probation.

5.      On February 7, 2017, ICE-ERO officers encountered Juan Carlos Cervantes at the Sarasota County Jail, Sarasota County, within the Middle District of Florida.

6.      I performed a records check using the Central Index System (CIS) and reviewed the documents contained within the Alien File (A-File) belonging to Juan Carlos Cervantes. Upon review of these documents, I determined that Juan Carlos Cervantes is a native and citizen of Mexico and is illegally in the United States. I also found that he had been deported from the United States to Mexico on or about February 28, 2009, out of Hidalgo, Texas, and again on September 18, 2012, out of Brownsville, Texas.

7.      Fingerprints taken of Juan Carlos Cervantes were submitted through the Integrated Automated Fingerprint Identification System (IAFIS) and compared with those taken prior to his removal from the United States. IAFIS indicates that they are from the same person.

8.      Computer record checks also indicate that Juan Carlos Cervantes has Florida convictions for Aggravated Fleeing to Elude Law Enforcement Officer, on or about April 25, 2002; Felony Possession of Cocaine, on or about August 23, 2012; and Felony Fraud Possession of Blank Forged or Stolen License/ID, on or about August 23, 2012.

9.      No information exists, either in the A-file documents or the computer databases, that Juan Carlos Cervantes had either requested or received permission

2

from the Attorney General of the United States or any immigration official to reenter the United States after his deportation.

## CONCLUSION

10.     Based on the foregoing facts, I believe there is probable cause to establish that Juan Carlos Cervantes, a citizen and national of Mexico, is an alien found in the United States without permission after deportation, in violation of 8, U.S.C. §§ Section 1326(a) and (b)(1).

William Hemberger
Deportation Officer, ICE ERO

Sworn to and subscribed before me this 9th day of February, 2017, in Tampa, Florida.

JULIE S. SNEED
United States Magistrate Judge